FILED
MAR - 2 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:22CR118 SRC/SPM |
| DAVID M. FORTUNE, | ) |
| Defendant. | ) |

## INDICTMENT
## COUNT ONE

The Grand Jury charges that:

On or about November 22, 2021, in Saint Louis County, within the Eastern District of Missouri,

**DAVID M. FORTUNE,**

the Defendant herein, in connection with the attempted acquisition of a firearm from Southern Armory, a licensed dealer, knowingly made a false and fictitious written statement intended and likely to deceive Southern Armory as to a fact material to the lawfulness of the sale of the firearm to the Defendant under Chapter 44 of Title 18, United States Code, in that the Defendant did execute an ATF Form 4473, Firearms Transaction Record, marking that he had not been previously convicted of a felony offense, when in fact the Defendant knew that he had been previously convicted of a felony offense punishable by imprisonment for more than one year.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DONALD S. BOYCE, #6282562(IL)
Assistant United States Attorney